## UNITED STATES BANKRUPTCY COURT

## DISTRICT OF IDAHO

| | |
|---|---|
| In Re: <br><br> Akram Abdul-Rahman, <br><br> Debtor. <br><br> Gary L. Rainsdon, Trustee <br><br> PLAINTIFF <br> vs. <br><br> Akram Abdul-Rahman <br><br> DEFENDANT | CHAPTER 7 <br><br> CASE NO. 19-40090-JMM <br><br> ADVERSARY NO. 19-08044-JMM <br><br> **DEFAULT JUDGMENT DENYING DISCHARGE** |

THIS MATTER having come before the Court based on the Plaintiff's Motion for Default Judgment against the Defendant on the Plaintiff's Complaint Objecting to the Discharge of Debtor for the failure of Defendant to obey the Court's Order Granting Motion for Turnover of Property and Records. The allegations in the Complaint alleged relief under 11 U.S.C. § 727(a)(3), 11 U.S.C. § 727(a)(4)(D), and 11 U.S.C. § 727(a)(6)(A). The Clerk having entered the default of the Defendant on November 11, 2019, and the Court having found good cause exists as alleged in the Complaint and for other good cause shown:

IT IS HEREBY ORDERED, ADJUDGED AND DECREED that the Debtor is denied a discharge in Case No. 19-40090-JMM.

IT IS FURTHER ORDERED, ADJUDGED AND DECREED that the Plaintiff have Judgment against the Defendant in the principal amount of $350.00 for Plaintiff's costs incurred consisting of the filing fee in this adversary proceeding.



DATED: November 26, 2019

_____
JOSEPH M. MEIER
CHIEF U. S. BANKRUPTCY JUDGE

The Court entered its own order and not the proposed order submitted by the Trustee.